**DISMISSED; Opinion Filed December 4, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00394-CV

### IN RE ALBERT G. HILL, JR., DECEASED, THROUGH MARGARET KELIHER, INDEPENDENT EXECUTOR OF THE ESTATE OF ALBERT G. HILL, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-14714-H**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Nowell
Opinion by Justice Myers

On its own motion, the Court **REINSTATES** this case to the Court's docket. The Court has before it relator's November 21, 2019 unopposed motion for voluntary dismissal. In the motion, relator states that on November 15, 2019, the parties filed an agreed motion to dismiss with prejudice the underlying lawsuit, making the issues in this mandamus proceeding now moot. Accordingly, we **GRANT** relator's motion and **DISMISS** relator's petition for writ of mandamus. *See* TEX. R. APP. P. 42.1.

/Lana Myers/
LANA MYERS
JUSTICE

190394F.P05